Blair Krueger, Esq. (SBN 145328)
The Krueger Group, LLP
7486 La Jolla Boulevard
La Jolla, California 92037
Telephone: (858) 405-7385
E-mail: *blair@thekruegergroup.com*

Robert W, Hicks (SBN 168049)
Kenneth R. Wright, Esq. (SBN 176325)
ROBERT W. HICKS & ASSOCIATES
600 W. Broadway, Suite 700
San Diego, CA 92101
Phone:  (619) 236-3403
Email: kwright@rwhlaw.com

*Attorneys for Plaintiff Nascent Wine Company, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASCENT WINE COMPANY, INC., | Civil Case No. 10-CV-1310 DMS (MDD) |
| Plaintiff/Movant | **PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GRUPO SUR PROMOCIONES DE MEXICO, S.A. DE C.V., GREGORY COWAL ROBBINS, FRANCESCA WRIGHT DE COWAL, AND ILIYA PETER ZOGOVIC WRIGHT, | Judge:          Honorable Dana M. Sabraw<br>Hearing Date:<br>Time:<br>Location:      Courtroom 13A (Annex) |
| Defendants/Respondents. | |

Plaintiff Nascent Wine Company, Inc. ("Nascent") hereby respectfully requests permission to file its Request for Additional Time to Effect Service of Process under seal. This Request is based on Plaintiff's belief that Defendants are monitoring the PACER system to avoid service of process in Mexico City, Mexico.

1   Civil Case No. 10-CV-1310 DMS (MDD)

1     DATED: September 16, 2014     Respectfully submitted,

/s/ Kenneth R. Wright

Kenneth R. Wright, Esq.
*Attorneys for Plaintiff Nascent Wine Company, Inc.*