UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASCENT WINE COMPANY, INC., <br><br> Plaintiff/Movant <br><br> v. <br><br> GRUPO SUR PROMOCIONES DE MEXICO, S.A. DE C.V., GREGORY COWAL ROBBINS, FRANCESCA WRIGHT DE COWAL, AND ILIYA PETER ZOGOVIC WRIGHT, <br><br> Defendants/Respondents. | Civil Case No. 10-CV-1310 DMS (MDD) <br><br> **ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge:  Honorable Dana M. Sabraw <br> Hearing Date: <br> Time: <br> Location: Courtroom 13A (Annex) |

Having considered all papers submitted by and all arguments made by the parties in connection with this matter and GOOD CAUSE HAVING BEEN SHOWN, Plaintiff's Ex Parte Application to file Under Seal its Request re: Service, is hereby GRANTED.

Dated: September 17, 2014

_____
HON. DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE

1   Civil Case No. 10-CV-1310 DMS (MDD)